# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ESTATE OF EDWARD IDZIOR, <u>et al.</u>,

    Plaintiffs,

v.

MEDSOLUTIONS, INC., <u>et al.</u>,

    Defendants.

Case No. 2:10-CV-00449-KJD-PAL

**<u>ORDER</u>**

On March 7, 2011, the Court issued an Order (#23) Granting Defendant Aetna Life Insurance's ("Aetna") Motion to Dismiss (#6), and allowing Plaintiffs up to an including April 10, 2011, in which to file an Amended Complaint. The Court's Order failed to acknowledge that Defendant Medsolutions, Inc. had filed Joinders (## 16, 22) to Aetna's Motion to Dismiss and Reply. Because the arguments set forth in Aetna's Motion to Dismiss apply equally to Defendant Medsolutions, Inc., the Court hereby acknowledges that the Court's Order granting dismissal (#23), applies equally to Defendant Medsolutions, Inc.

DATED this 9th day of March 2011.

_____
Kent J. Dawson
United States District Judge