# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESTATE OF EDWARD IDZIOR, et al.,

    Plaintiffs,

v.

MEDSOLUTIONS, INC., et al.,

    Defendants.

Case No. 2:10-CV-00449-KJD-PAL

**ORDER**

    On March 4, 2011, the Court issued an Order (#23) granting Defendant AETNA Life Insurance's Motion to Dismiss (#6), and allowing Plaintiffs up to and including April 10, 2011, to file an amended complaint. On March 9, 2011, the Court issued an Order (#24) acknowledging that its Order of Dismissal of March 4, 2011, applied equally to Defendant Medsolutions, Inc.

    To date, Plaintiffs have failed to file an amended complaint.

    Accordingly, **IT IS HEREBY ORDERED** that this action is closed. Judgment to be entered for Defendants.

    DATED this 24th day of May 2011.

_____
Kent J. Dawson
United States District Judge